Jennifer C. Terry (SBN 200541)
Email:   jennifer.terry@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Ronnie Shou (SBN 312955)
Email:   rshou@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
LA JOLLA CRAB PARTNERS, LLC;
TRULUCK'S RESTAURANT GROUP LP;
S&P RESTAURANTS. INC., AND ADAM LANCASTER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUITALHUAC MACIAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>LA JOLLA CRAB PARTNERS, LLC; TRULUCK'S RESTAURANT GROUP LP; S&P RESTAURANTS, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS TRULUCK'S S&P RESTAURANTS, INC.; ADAM LANCASTER, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: **'21CV1277 BEN DEB**<br><br>**DECLARATION OF ADAM LANCASTER IN SUPPORT OF DEFENDANTS' REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**<br><br>San Diego County Superior Court<br>Case No.: 37-2021-00024889-CU-WT-CTL<br><br>Compl. Filed:        June 7, 2021 |

I, Adam Lancaster, declare as follows:

1.     I am an individual defendant in the above-captioned civil action. I have knowledge of the matters stated in this Declaration through my personal knowledge. I submit this Declaration in support of Defendants La Jolla Crab Partners, LLC, Truluck's Restaurant Group LP, and S&P

– 1 –

Restaurants, Inc.'s removal of the above-captioned civil action to this Court.

2. I consent to the removal of the above-captioned civil action to this Court.

3. On or about March 1, 2020, I moved to the State of Maine with the intention of remaining in the state. I have resided in Maine since March 1, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on 07|14, 2021, at Portland, ME.

*a. [signature]*

Adam Lancaster