Jennifer C. Terry (SBN 200541)
Email:   jennifer.terry@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Ronnie Shou (SBN 312955)
Email:   rshou@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
LA JOLLA CRAB PARTNERS, LLC;
TRULUCK'S RESTAURANT GROUP LP;
S&P RESTAURANTS. INC., AND ADAM
LANCASTER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUITALHUAC MACIAS,<br><br>Plaintiff,<br><br>vs.<br><br>LA JOLLA CRAB PARTNERS, LLC; TRULUCK'S RESTAURANT GROUP LP; S&P RESTAURANTS, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS TRULUCK'S S&P RESTAURANTS, INC.; ADAM LANCASTER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: **'21CV1277 BEN DEB**<br><br>**DECLARATION OF PATRICIA TURNER IN SUPPORT OF DEFENDANTS' REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**<br><br>San Diego County Superior Court<br>Case No.: 37-2021-00024889-CU-WT-CTL<br><br>Compl. Filed:   June 7, 2021 |

I, Patricia Turner, declare as follows:

1.  I am a Manager for La Jolla Crab Partners, LLC ("LJCP"), the Vice President of Truluck's Restaurant Group LP ("Truluck's"), and Vice President for S&P Restaurants, Inc. ("S&P") (collectively "Defendants"). I have knowledge of the matters stated in this Declaration through my

1. personal knowledge and/or my review of Defendants' records kept in the ordinary course of business. I submit this Declaration in support of Defendants' removal of the above-captioned civil action to this Court.

2. LJCP is incorporated in the State of Texas. LJCP's principal place of business is in Houston, Texas.

3. Truluck's is incorporated in the State of Texas. Truluck's principal place of business is in Houston, Texas.

4. S&P is incorporated in the State of Texas. S&P's principal place of business is in Houston, Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 13, 2021, at Houston, Texas.

_____
Patricia Turner