Jennifer C. Terry (SBN 200541)
Email:   jennifer.terry@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Ronnie Shou (SBN 312955)
Email:   rshou@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
LA JOLLA CRAB PARTNERS, LLC;
TRULUCK'S RESTAURANT GROUP LP;
S&P RESTAURANTS. INC., AND ADAM
LANCASTER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUITALHUAC MACIAS,<br><br>Plaintiff,<br><br>vs.<br><br>LA JOLLA CRAB PARTNERS, LLC; TRULUCK'S RESTAURANT GROUP LP; S&P RESTAURANTS, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS TRULUCK'S S&P RESTAURANTS, INC.; ADAM LANCASTER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:21-Cv-01277-BEN-DEB<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES**<br><br>San Diego County Superior Court<br>Case No.: 37-2021-00024889-CU-WT-CTL<br><br>Compl. Filed:        June 7, 2021<br><br>District Judge: Honorable Roger T. Benitez<br>Magistrate Judge: Honorable Daniel E. Butcher |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure, 7.1 and Local Civil Rule 40.2, Defendants La Jolla Crab Partners, LLC ("LJCP"), Truluck's Restaurant Group, Ltd. ("Truluck's"), and S&P Restaurants Inc. ("S&P"), makes this Certification as to Parties with Financial Interest.

La Jolla Crab Partners, LLC is a single member LLC wholly owned by Truluck's Restaurant Group, Ltd. S&P Restaurants, Inc. is the General Partner for Truluck's Restaurant Group, Ltd. There is no ownership by any publicly held company.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

.

DATED:  July 16, 2021

REED SMITH LLP

By: */s/ Ronnie Shou*
Jennifer C. Terry
Ronnie Shou
Attorneys for Defendants
LA JOLLA CRAB PARTNERS, LLC;
TRULUCK'S RESTAURANT GROUP LP; S&P
RESTAURANTS. INC. AND ADAM
LANCASTER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware